FILED

Dec 8  11 49 AM '03

US DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRYSTAL FOREMAN and<br>WILLIAM FOREMAN | : | |
| | : | |
| VS. | : | NO. 3:00CV1562(GLG) |
| | : | |
| P.A. BECKWITH,<br>SGT. ERIC STEVENS,<br>TROOPER WALTER GREENE,<br>OFFICER JUSTIN KASPERZYK,<br>OFFICER STEVEN DAUTRICH,<br>OFFICER ROBERT BROOKS and<br>OFFICER MICHAEL DADDIO | :<br>:<br>:<br>:<br>:<br>:<br>: | DECEMBER 8, 2003 |

## MOTION TO DISMISS

The captioned case has been settled. Accordingly, the plaintiffs move that it be dismissed with prejudice and without costs.

THE PLAINTIFFS

BY _____
John R. Williams (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Their Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Michael A. Wolak, III, Esq., Assistant Corporation Counsel, 165 Church Street, 4th Floor, New Haven, CT 06510; Stephen R. Sarnoski, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105; and Attorneys Thomas R. Gerarde and John J. Radshaw, III, at Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114.

JOHN R. WILLIAMS