**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
CRYSTAL FOREMAN and                 :
WILLIAM FOREMAN,                    :
                                    :
           Plaintiff,               :           ORDER
                                    :
      -against-                     :
                                    :      3: 00 CV 1562 (GLG)
P.A. BECKWITH, SGT. ERIC STEVENS,   :
TROOPER WALTER GREENE, OFFICER      :
JUSTIN KASPERZYK, OFFICER STEVEN    :
DAUTRICH, OFFICER ROBERT BROOKS     :
and OFFICER MICHAEL DADDIO          :
                                    :
           Defendants.              :
------------------------------------X
```

Plaintiffs motion to dismiss with prejudice and without costs [Doc #56] is hereby **Granted**. The clerk will close the file.

**SO ORDERED.**

**Dated:    December 15, 2003**
**          Waterbury, CT**                      /s/
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                          **Gerard L. Goettel**
                                              **U.S.D.J.**