mot

56

Motion GRANTED. The clerk will close the file.

Gerard L. Goettel, USDJ
12-15-03

FILED
Dec 8  11 49 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRYSTAL FOREMAN and<br>WILLIAM FOREMAN | :<br>:<br>: |
| VS. | :  NO. 3:00CV1562(GLG) |
| P.A. BECKWITH,<br>SGT. ERIC STEVENS,<br>TROOPER WALTER GREENE,<br>OFFICER JUSTIN KASPERZYK,<br>OFFICER STEVEN DAUTRICH,<br>OFFICER ROBERT BROOKS and<br>OFFICER MICHAEL DADDIO | :<br>:<br>:<br>:<br>:<br>:<br>:  DECEMBER 8, 2003 |

## MOTION TO DISMISS

The captioned case has been settled. Accordingly, the plaintiffs move that it be dismissed with prejudice and without costs.

FILED
Dec 16  1 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

THE PLAINTIFFS

BY _____
John R. Williams (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Their Attorney